

# IN THE
# TENTH COURT OF APPEALS

---

## No. 10-16-00199-CV

## IN RE JASON SCHMERSE
## AND KELLI SMITH AKA SCHMERSE

---

## Original Proceeding

---

## MEMORANDUM  OPINION

---

Relator's petition for writ of mandamus is denied.


                                AL SCOGGINS
                                Justice


Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed August 10, 2016
[OT06]

